IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CIAN IP LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL INSTRUMENTS CORPORATION,<br><br>        Defendant. | Civil Action No. 1:12-cv-365-LY<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF CIAN IP LLC'S NOTICE OF DISCLOSURES

Plaintiff Cian IP LLC ("Cian") hereby notifies the Court and all counsel of record that, on May 8, 2012, Cian served its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and its Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production Accompanying Disclosure pursuant to Miscellaneous Order No. 62, ¶¶ 3-1 and 3-2, of the United States District Court for the Northern District of Texas to Defendant National Instruments Corporation.

Date: May 8, 2012                                      Respectfully Submitted:


  /s/ Amy E. LaValle
Donald Puckett
Texas Bar No. 24013358
Paul J. Skiermont
Texas Bar No. 24033073
Amy E. LaValle
Texas Bar No. 24040529
**SKIERMONT PUCKETT LLP**
2200 Ross Avenue, Suite 4301W
Dallas, Texas 75201
(214) 978-6600 (telephone)
(214) 978-6601 (facsimile)
donald.puckett@skiermontpuckett.com
paul.skiermont@skiermontpuckett.com
amy.lavalle@skiermontpuckett.com

Andrew W. Spangler
Texas Bar No. 24041960
**SPANGLER & FUSSELL P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300 (telephone)
(903) 553-0403 (facsimile)
spangler@sfipfirm.com

*Counsel for Plaintiff Cian IP LLC*

## **CERTIFICATE OF SERVICE**

On this 8th day of May 2012, a copy of the foregoing PLAINTIFF CIAN IP LLC'S NOTICE OF DISCLOSURES was served on all counsel of record pursuant to the Court's Electronic Notification System.

       */s/ Amy E. LaValle*
       Amy E. LaValle