IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CIAN IP LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL INSTRUMENTS CORPORATION,<br><br>  Defendant. | Civil Action No. 1:12-cv-365-M<br><br>JURY TRIAL DEMANDED |

**APPENDIX TO**
**PLAINTIFF CIAN IP LLC'S MOTION TO COMPEL DISCOVERY**

                Donald Puckett
                Texas Bar No. 24013358
                Paul J. Skiermont
                Texas Bar No. 24033073
                Amy E. LaValle
                Texas Bar No. 24040529
                **SKIERMONT PUCKETT LLP**
                2200 Ross Avenue, Suite 4301W
                Dallas, Texas 75201
                (214) 978-6600 (telephone)
                (214) 978-6601 (facsimile)
                donald.puckett@skiermontpuckett.com
                paul.skiermont@skiermontpuckett.com
                amy.lavalle@skiermontpuckett.com

                Andrew W. Spangler
                Texas Bar No. 24041960
                **SPANGLER & FUSSELL P.C.**
                208 N. Green Street, Suite 300
                Longview, Texas 75601
                (903) 753-9300 (telephone)
                (903) 553-0403 (facsimile)
                spangler@sfipfirm.com

                *Counsel for Plaintiff Cian IP LLC*

1

|  |  | **Page** |
|---|---|---|
| **DECLARATION OF AMY E. LAVALLE** | | App. 001-003 |
| Exhibit A | Defendant National Instrument's Answers to Plaintiff Cian IP LLC's First Set of Common Interrogatories dated June 7, 2012 | App. 004-013 |
| Exhibit B | Defendant National Instrument's Responses to Plaintiff Cian IP LLC's First Set of Requests for Production dated June 7, 2012 | App. 014-055 |
| Exhibit C | Email from A. LaValle to T. Miller dated June 14, 2012 | App. 056-058 |
| Exhibit D | Email from C. Perque to A. LaValle dated June 22, 2012 | App. 059- 060 |
| Exhibit E | Email from C. Perque to A. LaValle dated Apr. 24, 2012 | App. 061- 066 |
| Exhibit F | Email from C. Perque to A. LaValle dated May 16, 2012 | App. 067- 069 |

Date:  July 2, 2012                                       Respectfully submitted:


                                               */s/ Amy E. LaValle*
Donald Puckett
Texas Bar No. 24013358
Paul J. Skiermont
Texas Bar No. 24033073
Amy E. LaValle
Texas Bar No. 24040529
**SKIERMONT PUCKETT LLP**
2200 Ross Avenue, Suite 4301W
Dallas, Texas 75201
(214) 978-6600 (telephone)
(214) 978-6601 (facsimile)
donald.puckett@skiermontpuckett.com
paul.skiermont@skiermontpuckett.com
amy.lavalle@skiermontpuckett.com

Andrew W. Spangler
Texas Bar No. 24041960
**SPANGLER & FUSSELL P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300 (telephone)
(903) 553-0403 (facsimile)
spangler@sfipfirm.com

*Counsel for Plaintiff Cian IP LLC*

3

**CERTIFICATE OF SERVICE**

On this 2nd day of July, 2012, a copy of the foregoing APPENDIX TO PLAINTIFF CIAN IP LLC'S MOTION TO COMPEL DISCOVERY was served on all counsel of record pursuant to the Court's Electronic Notification System.

                                         /s/ *Amy E. LaValle*
                                         Amy E. LaValle