# EXHIBIT D

| | |
|---|---|
| From: | PERQUE, CHRIS |
| To: | Amy LaValle |
| Cc: | "Andrew Spangler (spangler@sfipfirm.com)"; Donald Puckett; MILLER, TERRELL |
| Subject: | Cian IP v NI -- Attached Letter re NI 3-3 and 3-4 Disclosures |
| Date: | Friday, June 22, 2012 4:07:36 PM |
| Attachments: | HOUSTON-#1152507-v1-Cian_NI_-_ltr_to_counsel_re__invalidity_contentions.DOC |

Amy,

Attached is a letter regarding National Instruments Corp.'s Rule 3-3 and 3-4 disclosures. In light of the pending motion to compel and National Instruments belief that these disclosures are not due until August 2nd, it will not be producing at this time technical documents relating to the Accused Instumentalities. Having said that, Cian IP has identified certain products that it believes are relevant, and subject to and without waiver of National Instruments' objections, it has begun gathering technical documents and is working to diligently produce the same.

I will attach the Rule 3-3 disclosures to a subsequent email. However, given the size of those documents, they may be blocked as an email. Cian IP can download those documents and the referenced prior art from a Gardere ftp site. The instructions to do so are enclosed with the letter attached to this email.

Best regards,
Chris


Chris P. Perque | Partner
Gardere Wynne Sewell LLP

1000 Louisiana, Suite 3400 | Houston, TX 77002
713.276.5020 direct
713.276.6020 fax
www.Gardere.com

*********************************************************
NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.