IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2014 OCT_ 1  AM 8:32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| CIAN IP LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-12-CA-0365-LY |
| | § | |
| NATIONAL INSTRUMENTS | § | |
| CORPORATION, | § | |
| DEFENDANT. | § | |
| | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause.  On this date by separate order the court dismissed all claims and counterclaims asserted in this action between Plaintiff Cian IP LLC and Defendant National Instruments Corporation with prejudice to refiling, subject to the terms of the parties' settlement agreement.  Further, the court ordered that all attorney's fees and costs are to be borne by the party that incurred them.  As there are no disputes remaining between the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of September, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE